# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Craig, Carla E. | U.S. Bankruptcy Court, E.D.N.Y | 01/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

271 Cadman Plaza E.
Suite 1595
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Kidspirit Magazine |
| 2. | Executor | Estates ▢ |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Schulte Roth and Zabel LLP-partnership distribution |
| 2. 2013 | Mt. Kellett Capital Management-deferred compensation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mt. Kellett Capital Partners II LP | Commitment to make capital contributions to investment limited partnership | P1 |
| 2. | Barnard College | Tuition obligation | K |
| 3. | New York University | Tuition obligation | K |
| 4. | JP Morgan US Income and Growth LP | Commitment to make capital contributions to investment limited partnership | K |
| 5. | CFSR Private Investors LLC | Commitment to make capital contributions to investment limited liability company | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Money Market Accounts | B | Interest | O | T | | | | | |
| 2. J.P. Morgan Money Market | A | Dividend | L | T | | | | | |
| 3. JP Morgan High Yield Bond Fund 3580 | C | Dividend | | | Sold | 02/25/13 | N | E | |
| 4. JPM US Real Estate Income and Growth Direct LP | D | Distribution | O | T | Buy (add'l) | 03/07/13 | J | | |
| 5. | B | Dividend | | | Buy (add'l) | 05/17/13 | J | | |
| 6. | D | Interest | | | Buy (add'l) | 08/21/13 | J | | |
| 7. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 8. JPM Floating Rate Income Fund (JPHSX) | E | Dividend | O | T | | | | | |
| 9. Global Access Macro LLC | | None | K | T | | | | | |
| 10. JP Morgan International Currency Income Fund (JCISX) | A | Dividend | L | T | | | | | |
| 11. JP Morgan Strategic Income Opportunites Fund 3844 (JSOSX) | C | Dividend | M | T | | | | | |
| 12. American Century Equity Income Fund 123 (TWEIX) | D | Dividend | M | T | | | | | |
| 13. | D | | | | | | | | |
| 14. iShares MSCI All Country Asia Ex Japan Index Fund (AAXJ) | B | Dividend | O | T | | | | | |
| 15. JP Morgan Intl. Value Fund (JIESX) | D | Dividend | O | T | Buy | 01/11/13 | N | | |
| 16. | | | | | Buy (add'l) | 06/07/13 | N | | |
| 17. CSFR Private Investors LLC | | None | N | T | Buy | 01/29/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/20/13 | L | | |
| 19. | | | | | Buy (add'l) | 04/09/13 | L | | |
| 20. | | | | | Buy (add'l) | 05/03/13 | L | | |
| 21. | | | | | Buy (add'l) | 05/30/13 | L | | |
| 22. JP Morgan Tax Aware R/R Fund (TXRSX)) (f/k/a JP Morgan TR I Fund 992) | B | Dividend | M | T | | | | | |
| 23. Siemens AG | | None | | | Buy | 02/21/13 | J | | |
| 24. | | | | | Sold | 06/11/13 | J | | |
| 25. Bayer AG | A | Dividend | | | Buy | 02/21/13 | J | | |
| 26. | | | | | Sold | 06/11/13 | J | B | |
| 27. CIA Energetica de Minas Gerais | A | Dividend | | | Buy | 02/21/13 | J | | |
| 28. | | | | | Sold | 06/11/13 | J | | |
| 29. Glaxosmithkline PLLC | A | Dividend | | | Buy | 02/21/13 | K | | |
| 30. | | | | | Sold | 06/11/13 | K | B | |
| 31. Telekomunikasi Indonesia TBK PT | A | Dividend | | | Buy | 02/21/13 | K | | |
| 32. | | | | | Sold | 06/11/13 | K | B | |
| 33. Nestle SA | A | Dividend | | | Buy | 02/21/13 | K | | |
| 34. | | | | | Sold | 06/11/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Roche Holding AG | A | Dividend | | | Buy | 02/21/13 | K | | |
| 36. | | | | | Sold | 06/11/13 | K | B | |
| 37. Lukoil | A | Dividend | | | Buy | 02/21/13 | K | | |
| 38. | | | | | Sold | 06/11/13 | J | | |
| 39. Novartis AG | A | Dividend | | | Buy | 02/21/13 | K | | |
| 40. | | | | | Sold | 06/11/13 | K | A | |
| 41. Astrazenica PLC | | None | | | Buy | 02/21/13 | J | | |
| 42. | | | | | Sold | 06/11/13 | J | A | |
| 43. Tiawan Semiconductor Manufacturing Co Ltd | | None | | | Buy | 02/21/13 | J | | |
| 44. | | | | | Sold | 06/11/13 | J | | |
| 45. ABB Ltd. | A | Dividend | | | Buy | 02/21/13 | J | | |
| 46. | | | | | Sold | 06/11/13 | J | | |
| 47. BHP Billiton Ltd. | A | Dividend | | | Buy | 02/21/13 | J | | |
| 48. | | | | | Sold | 06/11/13 | J | | |
| 49. Tesco PLC | A | Dividend | | | Buy | 02/21/13 | J | | |
| 50. | | | | | Sold | 06/11/13 | J | | |
| 51. British American Tobacco PLC | A | Dividend | | | Buy | 02/21/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold | 06/11/13 | K | A | |
| 53. Diageo PLC | A | Dividend | | | Buy | 02/21/13 | J | | |
| 54. | | | | | Sold | 06/11/13 | J | A | |
| 55. United Overseas Bank Ltd. | A | Dividend | | | Buy | 02/21/13 | J | | |
| 56. | | | | | Sold | 06/11/13 | J | A | |
| 57. Total SA | A | Dividend | | | Buy | 02/21/13 | J | | |
| 58. | | | | | Sold | 06/11/13 | J | | |
| 59. Unilever NV | A | Dividend | | | Buy | 02/21/13 | K | | |
| 60. | | | | | Sold | 06/11/13 | K | A | |
| 61. HSBC Holdings PLC | A | Dividend | | | Buy | 02/21/13 | K | | |
| 62. | | | | | Sold | 06/11/13 | J | | |
| 63. MTN Group PLC | A | Dividend | | | Buy | 02/21/13 | J | | |
| 64. | | | | | Sold | 06/11/13 | J | | |
| 65. Petrochina Co. Ltd. | A | Dividend | | | Buy | 02/21/13 | J | | |
| 66. | | | | | Sold (part) | 05/01/13 | J | | |
| 67. | | | | | Sold | 06/11/13 | J | | |
| 68. BAE Systems PLC | A | Dividend | | | Buy | 02/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/11/13 | K | C | |
| 70. Sanofi-Aventis | A | Dividend | | | Buy | 02/21/13 | K | | |
| 71. | | | | | Sold | 06/11/13 | K | B | |
| 72. Royal Dutch Shell PLC | A | Dividend | | | Buy | 02/21/13 | J | | |
| 73. | | | | | Sold | 06/11/13 | J | A | |
| 74. Vodafone Group PLC | | None | | | Buy | 02/21/13 | K | | |
| 75. | | | | | Sold | 06/11/13 | K | C | |
| 76. Singapore Telecommunications Ltd. | | None | | | Buy | 02/21/13 | J | | |
| 77. | | | | | Sold | 06/11/13 | K | A | |
| 78. BOC Hong Kong Holdings Ltd. | A | Dividend | | | Buy | 02/21/13 | J | | |
| 79. | | | | | Sold | 06/11/13 | J | | |
| 80. GDF Suez | A | Dividend | | | Buy | 02/21/13 | J | | |
| 81. | | | | | Sold | 06/11/13 | J | A | |
| 82. Muenchener Rueck-Unspon ADR | A | Dividend | | | Buy | 02/21/13 | K | | |
| 83. | | | | | Sold | 06/11/13 | K | A | |
| 84. Israel Chemicals-Unspon ADR | A | Dividend | | | Buy | 02/21/13 | K | | |
| 85. | | | | | Sold | 06/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Zurich Insurance Group ADR | A | Dividend | | | Buy | 02/21/13 | J | | |
| 87. | | | | | Sold | 06/11/13 | J | | |
| 88. Deutsche Post AG-Spon ADR | A | Dividend | | | Buy | 02/21/13 | K | | |
| 89. | | | | | Sold | 06/11/13 | K | B | |
| 90. Smiths Group PLC-Spon ADR | A | Dividend | | | Buy | 02/21/13 | J | | |
| 91. | | | | | Sold | 06/11/13 | J | A | |
| 92. Statoilhydro ASA | A | Dividend | | | Buy | 02/21/13 | J | | |
| 93. | | | | | Sold (part) | 04/09/13 | J | | |
| 94. | | | | | Sold (part) | 04/10/13 | J | | |
| 95. | | | | | Sold | 06/11/13 | J | | |
| 96. Reckitt Benckiser Group PLC | A | Dividend | | | Buy | 02/21/13 | K | | |
| 97. | | | | | Sold | 06/11/13 | K | | |
| 98. Kirin Holdings Co. Ltd. | | None | | | Buy | 04/08/13 | J | | |
| 99. | | | | | Sold | 06/11/13 | J | | |
| 100. Imperial Tobacco PLC | | None | | | Buy | 04/30/13 | J | | |
| 101. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 102. | | | | | Sold | 06/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 104. Fidelity Spartan NY Muni Income | A | Dividend | L | T | | | | | |
| 105. Aquila Three Peaks High Income Inst. | B | Dividend | M | T | Buy (add'l) | 09/16/13 | M | | |
| 106. | C | | | | | | | | |
| 107. Artisan Midcap Value | A | Dividend | J | T | | | | | |
| 108. | A | | | | | | | | |
| 109. Fidelity Conservative Income Bond (FCONX) | A | Dividend | N | T | Buy | 08/14/13 | M | | |
| 110. | A | | | | | | | | |
| 111. Fidelity Floating Rate High Income (FFRHX) | D | Dividend | M | T | Buy (add'l) | 02/01/13 | J | | |
| 112. | A | | | | Buy (add'l) | 03/01/13 | J | | |
| 113. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 114. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 115. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 116. | | | | | Sold (part) | 06/11/13 | K | A | |
| 117. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 118. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 119. (Fidelity Int'l Growth (FIGFX) | A | Distribution | K | T | Buy | 08/13/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | | | | Buy (add'l) | 09/10/13 | J | | |
| 121. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 122. Fidelity Low Priced Stock (FLPSX) | A | Dividend | M | T | Buy (add'l) | 02/01/13 | J | | |
| 123. | D | | | | Buy (add'l) | 03/01/13 | J | | |
| 124. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 125. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 126. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 127. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 128. | | | | | Sold (part) | 08/13/13 | K | D | |
| 129. Fidelity Mega Cap Stock (FGRTX) | D | Dividend | N | T | Buy (add'l) | 02/01/13 | J | | |
| 130. | D | | | | Buy (add'l) | 03/01/13 | J | | |
| 131. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 132. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 133. | | | | | Buy (add'l) | 05/09/13 | K | | |
| 134. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 135. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 136. | | | | | Buy (add'l) | 08/28/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 138. Hartford Healthcare Fund (HGHAX) | | None | M | T | Buy (add'l) | 02/01/13 | J | | |
| 139. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 140. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 141. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 142. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 143. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 144. | | | | | Sold (part) | 09/10/13 | J | A | |
| 145. Hartford Healthcare Fund I (HGHIX) | | None | M | T | | | | | |
| 146. PIMCO All Asset Fund Adm Class (PAALX) | D | Dividend | M | T | Buy (add'l) | 02/01/13 | J | | |
| 147. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 148. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 149. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 150. | | | | | Sold (part) | 05/09/13 | J | A | |
| 151. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 152. | | | | | Sold (part) | 06/11/13 | K | A | |
| 153. | | | | | Sold (part) | 06/12/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 08/28/13 | J | | |
| 155. Primecap Odyssey Aggressive Growth (POAGX) | B | | M | T | Buy (add'l) | 02/01/13 | J | | |
| 156. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 157. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 158. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 159. | | | | | Buy (add'l) | 05/09/13 | K | | |
| 160. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 161. Primecap Odyssey Stock (POSKX) | C | Dividend | N | T | Buy (add'l) | 08/28/13 | J | | |
| 162. | A | | | | Buy (add'l) | 02/01/13 | J | | |
| 163. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 164. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 165. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 166. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 167. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 168. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 169. Vanguard Dividend Growth (VDIGX) | D | Dividend | O | T | Buy (add'l) | 02/01/13 | J | | |
| 170. | C | | | | Buy (add'l) | 03/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 172. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 173. | | | | | Buy (add'l) | 05/09/13 | K | | |
| 174. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 175. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 176. Vanguard GNMA Admiral (VFIJX) | D | Dividend | | | Buy (add'l) | 02/01/13 | J | | |
| 177. | A | | | | Buy (add'l) | 03/01/13 | J | | |
| 178. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 179. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 180. | | | | | Sold (part) | 05/09/13 | K | | |
| 181. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 182. | | | | | Sold (part) | 06/11/13 | K | | |
| 183. | | | | | Sold (part) | 06/12/13 | J | | |
| 184. | | | | | Sold (part) | 08/13/13 | M | | |
| 185. | | | | | Sold (part) | 08/15/13 | J | | |
| 186. | | | | | Sold | 08/28/13 | K | | |
| 187. Vanguard High Yield Tax Exempt Admiral (VWALX) | C | Dividend | | | Buy (add'l) | 02/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 189. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 190. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 191. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 192. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 193. | | | | | Sold (part) | 06/11/13 | K | | |
| 194. | | | | | Sold | 09/13/13 | M | | |
| 195. Vanguard Intermediate Term Tax Exempt (VWIUX) | D | Dividend | N | T | Buy (add'l) | 02/01/13 | J | | |
| 196. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 197. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 198. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 199. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 200. | | | | | Sold (part) | 06/11/13 | K | | |
| 201. | | | | | Sold (part) | 06/12/13 | J | | |
| 202. Vanguard Limited Term Tax Exempt (VMLUX) | D | Dividend | N | T | Buy (add'l) | 02/01/13 | J | | |
| 203. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 204. | | | | | Buy (add'l) | 04/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 206. | | | | | Sold (part) | 05/09/13 | J | | |
| 207. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 208. | | | | | Sold (part) | 06/11/13 | L | | |
| 209. | | | | | Sold (part) | 06/12/13 | J | | |
| 210. | | | | | Buy (add'l) | 08/28/13 | K | | |
| 211. Vanguard Short Term Investment Grade (VFSUX) | A | Dividend | J | T | | | | | |
| 212. | A | | | | | | | | |
| 213. iShares MSCI Austria Index (EWO) | | None | | | Sold | 03/01/13 | M | D | |
| 214. iShares MSCI EMU Index (EZU) | A | Dividend | | | Sold (part) | 01/02/13 | M | D | |
| 215. | | | | | Sold | 01/07/13 | M | A | |
| 216. | | | | | Buy | 10/01/13 | M | | |
| 217. | | | | | Sold | 12/02/13 | M | D | |
| 218. iShares MSCI Germany Index (EWG) | A | Dividend | | | Sold | 02/01/13 | M | E | |
| 219. MainStay Marketfield Fund CII (MFLDX) | A | Dividend | M | T | Buy (add'l) | 02/01/13 | J | | |
| 220. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 221. | | | | | Buy (add'l) | 04/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 223. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 224. iShares Dow Jones US Aerospace & Development (ITA) | B | Dividend | M | T | Buy | 06/03/13 | M | | |
| 225. | | | | | Sold | 07/01/13 | M | C | |
| 226. | | | | | Buy | 08/01/13 | M | | |
| 227. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 228. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 229. iShares Dow Jones US Broker Dealers (IAI) | B | Dividend | M | T | Buy | 02/01/13 | M | | |
| 230. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 231. | | | | | Sold (part) | 05/01/13 | M | C | |
| 232. | | | | | Sold | 05/06/13 | J | A | |
| 233. | | | | | Buy | 06/03/13 | M | | |
| 234. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 235. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 236. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 237. IShares Dow Jones US Consumer (IYC) | A | Dividend | M | T | Buy (add'l) | 12/02/13 | M | | |
| 238. | | | | | Buy (add'l) | 12/30/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. iShares Dow Jones US Healthcare Provider (IHF) | A | Dividend | | | Buy | 06/03/13 | M | | |
| 240. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 241. | | | | | Sold (part) | 08/01/13 | M | D | |
| 242. | | | | | Sold | 08/06/13 | M | A | |
| 243. iShares Dow Jones US Regional Banks (IAT) | | None | | | Buy | 07/01/13 | M | | |
| 244. | | | | | Sold | 09/03/13 | M | B | |
| 245. iShares Dow Jones US Telecom Sector Index (IYZ) | | None | | | Buy | 05/01/13 | M | | |
| 246. | | | | | Sold | 06/03/13 | M | C | |
| 247. iShares Dow Jones US Transportation Index (IYT) | A | Dividend | | | Buy | 03/01/13 | M | | |
| 248. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 249. | | | | | Sold (part) | 05/01/13 | M | C | |
| 250. | | | | | Sold | 05/06/13 | J | A | |
| 251. iShares Dow Jones US Utilities Sector Index (IDU) | | None | | | Buy | 05/01/13 | M | | |
| 252. | | | | | Sold | 06/03/13 | M | D | |
| 253. iShares Russell 2000 Growth (IWO) | A | Dividend | | | Buy | 09/03/13 | M | | |
| 254. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 255. | | | | | Sold (part) | 10/01/13 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 10/04/13 | J | A | |
| 257. iShares Russell Midcap Value Index (IWS) | A | Dividend | | | Buy | 03/01/13 | M | | |
| 258. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 259. | | | | | Sold (part) | 04/01/13 | M | D | |
| 260. | | | | | Sold | 04/04/13 | J | A | |
| 261. iShares S&P Global Financials Sector Index (IXG) | | None | | | Buy | 01/02/13 | M | | |
| 262. | | | | | Sold | 03/01/13 | M | D | |
| 263. iShares S&P/TOPIX 150 Index (ITF) | | None | | | Buy | 05/01/13 | M | | |
| 264. | | | | | Sold | 06/03/13 | M | C | |
| 265. iShares Tr FTSE NAREIT Mortgage REITs (REM) | | None | | | Buy | 04/01/13 | M | | |
| 266. | | | | | Sold | 05/01/13 | M | A | |
| 267. WisdomTree Japan Hedged Equity (DJX) | C | Dividend | N | T | Buy | 06/12/13 | M | | |
| 268. | C | | | | Buy (add'l) | 06/17/13 | K | | |
| 269. E-Trade f/k/a WIT Capital | | None | J | T | | | | | |
| 270. Schulte Roth & Zabel Capital Account(investment in law firm) | E | Interest | P1 | U | Buy (add'l) | 09/13/13 | L | | |
| 271. NY College Savings Program | | None | K | T | | | | | |
| 272. -Moderate Age Based Income Option Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Vanguard Educational IRA | | None | K | T | | | | | |
| 274. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 275. Vanguard Educational IRA | | None | K | T | | | | | |
| 276. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 277. BlackRock CollegeAdvantage | | None | K | T | | | | | |
| 278. -BR Growth Portfolio Option A | | | | | | | | | |
| 279. BlackRock CollegeAdvantage | | None | K | T | | | | | |
| 280. -BR Growth Portfolio Option A | | | | | | | | | |
| 281. B & McG Holdings | | None | K | T | | | | | |
| 282. -Shelter Venture Fund | A | Distribution | | | | | | | |
| 283. Special Situations Technology Fund, L.P. | D | Dividend | P1 | U | | | | | |
| 284. | G | | | | | | | | |
| 285. SRZ Savings Plan | | None | P1 | T | Buy (add'l) | 08/16/13 | K | | |
| 286. -Wells Fargo Money Mkt Fund | | | | | | | | | |
| 287. -Merck common stock | | | | | | | | | |
| 288. -Pfizer common stock | | | | | | | | | |
| 289. SRZ Cash Balance Plan | | None | N | T | Buy (add'l) | 03/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 08/19/13 | K | | |
| 291. SRZ Thrift Plan | | None | N | T | Buy (add'l) | 08/16/13 | K | | |
| 292. | | | | | Buy (add'l) | 12/27/13 | K | | |
| 293. SRZ Partners Pension Plan | | None | N | T | Buy (add'l) | 03/20/13 | K | | |
| 294. | | | | | Buy (add'l) | 08/19/13 | K | | |
| 295. Schulte Roth & Zabel Supplemental Retirement Fund | | None | P1 | T | Buy (add'l) | 12/30/13 | M | | |
| 296. -Hancock-Pimco Vit All Asset Portfolio | | | | | | | | | |
| 297. -Hancock-American International, Capital Research | | | | | | | | | |
| 298. -Hancock- PIMCO Real Return Bond | | | | | | | | | |
| 299. -Hancock-Int'l Growth Stock fka Int'l Opportunities | | | | | | | | | |
| 300. -Hancock-American Growth, Capital Research | | | | | | | | | |
| 301. -Hancock-Real Estate Securities, Deutsche Asset Management | | | | | | | | | |
| 302. -Hancock-Natural Resources, Wellington & RS Investments | | | | | | | | | |
| 303. -Hancock- T. Rowe Price BlueChip Growth | | | | | | | | | |
| 304. -Hancock-Small Cap Growth,Wellington Management | | | | | | | | | |
| 305. -Hancock-Fundamental Value, Davis Advisors | | | | | | | | | |
| 306. -Hancock-American Growth-Income, Capital Research | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Hancock-International Growth Stock, Invesco Advisers | | | | | | | | | |
| 308. -Hancock-Money Market B | | | | | | | | | |
| 309. -Prudential-Money Market | | | | | | | | | |
| 310. -BlackrockMulti MgrIns DedPartners | | | | | | | | | |
| 311. -Fidelity VIP Money Market Portfoliio Service Class | | | | | | | | | |
| 312. -AST Pimco Total Return Bond Portfolio | | | | | | | | | |
| 313. -Common Sense Partners-IDF LP Values (y) | | | | | | | | | |
| 314. -M Capital Appreciation Fund | | | | | | | | | |
| 315. -M International Equity Fund | | | | | | | | | |
| 316. -M Large Cap Growth (x) | | | | | | | | | |
| 317. -Prudential-Stock Index Portfolio | | | | | | | | | |
| 318. -Prudential High Yield Bond Portfolio | | | | | | | | | |
| 319. -PIMCO VIT Real Return Portfolio Admin Class | | | | | | | | | |
| 320. -PIMCO VIT Commodity Real Return Strategy Portfolio Admin | | | | | | | | | |
| 321. -DWS Small Cap Index VIP Class B | | | | | | | | | |
| 322. -BlackRock Value Opportunities V.I. Fund Class I | | | | | | | | | |
| 323. -Fidelity VIP Contrafund Portfolio Initial Class | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Fidelity VIP Overseas Portfolio Initial Class | | | | | | | | | |
| 325. -Franklin Global Real Estate Securities Fund Class 1 | | | | | | | | | |
| 326. -MFS VIT II Value Series Initial Class | | | | | | | | | |
| 327. -PIMCO All Asset Portfolio Administrative | | | | | | | | | |
| 328. -T. Rowe Price Equity Income Portfolio | | | | | | | | | |
| 329. -Royce Cap Fund Small Cap Portfolio Inv. Class | | | | | | | | | |
| 330. Special Situation Fund III QP, LLP | C | Dividend | O | U | | | | | |
| 331. | E | | | | | | | | |
| 332. Merrill Lynch Money Market | A | Int./Div. | K | T | | | | | |
| 333. SRZ Group Trust | | None | N | T | | | | | |
| 334. -Alpine Heritage Offshore Fund. Ltd. | | | | | Redeemed (part) | 10/01/13 | J | | |
| 335. | | | | | Redeemed | 10/25/13 | J | | |
| 336. -Blackrock Asia Pacific Partners (Offshore) Ltd | | | | | Redeemed (part) | 05/24/13 | J | | |
| 337. | | | | | Redeemed | 10/28/13 | J | | |
| 338. -Blackrock Asia Pacific Partners (Offshore) SPV Ltd. | | | | | | | | | |
| 339. -Candlewood Structured Credit fund, Ltd. | | | | | | | | | |
| 340. -Chatham Asset High Yield Offshore Fund, Ltd. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 24 of 30

**Name of Person Reporting**

Craig, Carla E.

**Date of Report**

01/13/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Cognis I Fund LP | | | | | Redeemed (part) | 03/07/13 | J | | |
| 342. -Echo Street Capital Partners Ltd (QP) | | | | | Buy | 06/03/13 | J | | |
| 343. -Empire Capital Partners, Ltd. | | | | | | | | | |
| 344. -Energy Solutions, Inc. (y) | | | | | | | | | |
| 345. -Fore Multi-Strategy Offshore Fund Ltd | | | | | Redeemed (part) | 07/23/13 | J | | |
| 346. | | | | | Redeemed (part) | 10/23/13 | J | | |
| 347. -Glazer Offshore Fund, Ltd. | | | | | Redeemed (part) | 05/14/13 | J | | |
| 348. -Golden Tree Offshore Fund Ltd | | | | | Redeemed (part) | 01/08/13 | J | | |
| 349. | | | | | Redeemed (part) | 01/11/13 | J | | |
| 350. | | | | | Redeemed (part) | 02/19/13 | J | | |
| 351. -Highfields Capital IV LP | | | | | Redeemed (part) | 01/11/13 | J | | |
| 352. -Hudson Bay Overseas Fund Ltd | | | | | | | | | |
| 353. -Indus Asia Pacific Fund Ltd | | | | | Redeemed | 03/22/13 | J | | |
| 354. -Jennison Global Healthcare Offshore Fund, Ltd. | | | | | Buy | 07/01/13 | J | | |
| 355. -Lakeview Opportunity Fund Ltd. | | | | | Redeemed (part) | 02/12/13 | J | | |
| 356. | | | | | Redeemed (part) | 04/11/13 | J | | |
| 357. | | | | | Redeemed (part) | 10/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Lone Pinion Ltd. | | | | | Redeemed (part) | 01/11/13 | J | | |
| 359.  -Lone Spruce LP | | | | | Redeemed (part) | 01/11/13 | J | | |
| 360.  -Mainstay Marketfield Fund | | | | | | | | | |
| 361.  -Malta Offshore, Ltd. | | | | | | | | | |
| 362.  -Manatuck Hill Navigator Offshore Fund, Inc. | | | | | Redeemed (part) | 06/03/13 | J | | |
| 363. | | | | | Redeemed | 07/18/13 | J | | |
| 364.  -Millenium International Ltd | | | | | | | | | |
| 365.  -MKP Opportunity Offshore Ltd | | | | | | | | | |
| 366.  -OSS Overseas LTD | | | | | | | | | |
| 367.  -Pennant Onshore Partners LP | | | | | | | | | |
| 368.  -Pennant Windward Ltd | | | | | | | | | |
| 369.  -Ramius Lehman International SPV | | | | | Redeemed (part) | 04/12/13 | J | | |
| 370. | | | | | Redeemed (part) | 10/23/13 | J | | |
| 371.  -Restoration Offshore Fund LTD | | | | | Redeemed | 05/14/13 | J | | |
| 372.  -Rosemawr International Ltd. | | | | | Buy | 06/03/13 | J | | |
| 373.  -Seer Capital Partners Offshore Fund Ltd. | | | | | Redeemed (part) | 04/24/13 | J | | |
| 374.  -Spruce Absolute Return Fund LP | | | | | Buy (add'l) | 01/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 01/13/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 09/01/13 | J | | |
| 376. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 377. -Spruce Absolute Return Fund (Offshore) Ltd. | | | | | Redeemed (part) | 01/01/13 | J | | |
| 378. -Spruce Global Equity Fund LP | | | | | Buy (add'l) | 01/01/13 | J | | |
| 379. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 380. | | | | | Buy (add'l) | 09/01/13 | J | | |
| 381. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 382. -Spruce Global Equity Fund (Offshore) Ltd | | | | | Redeemed (part) | 01/01/13 | J | | |
| 383. -Spruce Real Assets Fund LP | | | | | Buy (add'l) | 01/01/13 | J | | |
| 384. | | | | | Redeemed (part) | 10/01/13 | J | | |
| 385. -Spruce Real Assets Fund (Offshore) Ltd | | | | | Redeemed (part) | 01/01/13 | J | | |
| 386. | | | | | Redeemed (part) | 04/01/13 | J | | |
| 387. | | | | | Redeemed (part) | 10/01/13 | J | | |
| 388. -Steelhead Pathfinder Fund Ltd. | | | | | | | | | |
| 389. -The Childrens' Investment Fund | | | | | Buy | 11/01/13 | J | | |
| 390. -ValueAct Small Cap International LP | | | | | Redeemed (part) | 10/04/13 | J | | |
| 391. | | | | | Redeemed | 10/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Vanguard Short Term Investment Grade Fund | | | | | Redeemed | 03/06/13 | J | | |
| 393. -JP Morgan Trust Co. of Delaware deposit account | | | | | | | | | |
| 394. AutoNation common stock | | None | J | T | | | | | |
| 395. Akami Technology common stock | | None | J | T | | | | | |
| 396. MooreAcre/Blackacre 7710 Business Park Drive REIT | | None | J | T | | | | | |
| 397. MooreAcre/Blackacre 610 Corner Way Inc. REIT | | None | J | T | | | | | |
| 398. BCM/CHI Eden Roc, Inc. REIT | | None | J | T | | | | | |
| 399. BCM/CHI Kapalua, Inc. REIT | | None | J | T | | | | | |
| 400. CollegeBound Fund (Alliance-RI) | | None | | | Redeemed | 07/22/13 | L | E | |
| 401. -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |
| 402. CollegeBound Fund (Alliance-RI) | | None | K | T | | | | | |
| 403. -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |
| 404. Northwestern Mutual Whole Life Ins. Policy | | None | N | T | | | | | |
| 405. Guardian Life Insurance Company-Life Insurance Policy | | None | L | T | Buy | 12/06/13 | N | | |
| 406. Mt. Kellett Capital Partners II LP | G | Distribution | P1 | U | Buy (add'l) | 05/17/13 | L | | |
| 407. | | | | | Buy (add'l) | 08/22/13 | L | | |
| 408. Merrill Lynch Retirement Account-Blackrock Global (MDLOX) | | None | K | T | Buy | 09/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Northrop Grumman common stock (x) | A | Dividend | J | T | | | | | |
| 410. PNC common stock (x) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout Part VII, where column B1 is filled in, and column B2 is left blank, this indicates that the income in question is capital gain.

Part VII, line 285-SRZ Savings Plan-the investment in the SRZ Savings Plan is partly invested in the securities shown on the report and partially in the SRZ Group Trust.

Part VII, lines 289-293-the SRZ Cash Balance Plan, Thrift Plan and Partners Pension Plan are invested in the same manner as the SRZ Group Trust.

Part VII, lines 333-393 - SRZ Group Trust

With respect to the SRZ Group Trust and the SRZ Supplemental Retirement Fund (Part VII, Lines 295-329), these are retirement plans in which [redacted] has an interest, and which were established by the law firm of which [redacted] is a member. Each of these is an aggregate ownership arrangement, and therefore I have reported the gross value of [redacted] interest in each of these plans. Because [redacted] directs the investments for [redacted] share of the Supplemental Retirement Plan, and was in 2013 a member of the committee which oversees the investments of the SRZ Group Trust, I have also reported the assets within this aggregate ownership arragement. From time to time, [redacted] interest in these aggregate ownership arrangements may be reallocated to different assets, either at [redacted] direction (in the case of the SRZ Supplemental Retirement Plan), or because the plan purchases or sells investments. I have reported these reallocations as purchases and sales, though they are not actually purchases or sales [redacted] There is no gain or loss to [redacted] resulting from these reallocations, and therefore I have left this column blank.

Part VII, line 316-M Large Cap Growth was erroneously reported as sold in 2011 on my 2012 Financial Disclosure Report.

Part VII, line 344-Energy Solutions, Inc. was fully redeemed in 2012

Part VII, lines 409-410-these assets are in the Estate of Margaret Craig, of which I became executor in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla E. Craig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544